

# NUMBER 13-10-00549-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**TANNER ALTIZER,**  **Appellant,**

**v.**

**THE STATE OF TEXAS,**  **Appellee.**

## On appeal from the 252nd District Court
## of Jefferson County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Vela
### Memorandum Opinion Per Curiam

Appellant, Tanner Altizer, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our

mandate will issue forthwith.

We GRANT counsel's motion to withdraw. Other pending motions, if any, are dismissed as moot.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed this
20th day of January, 2011.